1147

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**MINUTES OF PROCEEDINGS**
GRAND JURY

DATE: 8/4/2026 TIME: 1147 am to 1151 am

FILED
AUG - 4 2026
US DISTRICT COURT
DISTRICT OF NEVADA

PRESENT:

THE HONORABLE:

- ☐ NANCY J. KOPPE, U.S. Magistrate Judge
- ☐ BRENDA WEKSLER, U.S. Magistrate Judge
- ☐ DANIEL J. ALBREGTS, U.S. Magistrate Judge
- ☐ ELAYNA J. YOUCHAH, U.S. Magistrate Judge
- ☑ MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge
- ☐ ______________________

COURTROOM ADMINISTRATOR:

- ☐ ARI C.
- ☐ JEFF M.
- ☐ ANGELA R.
- ☐ ELVIA G.
- ☑ TAWNEE R.
- ☐ CHANTAL T.
- ☐ ______________________

COURT RECORDER:

- ☑ NATASHA BACHMAN
- ☐ PHYLLIS ANDERSON
- ☐ ______________________

COURTROOM:

- ☑ 3A
- ☐ 3C
- ☐ 3B
- ☐ 3D

ASSISTANT UNITED STATES ATTORNEY: Brenna Bush

A roll call of the Grand Jury is taken with 18 members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 04 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**GRAND JURY CALENDAR for AUGUST 4, 2026**

**United States District Court at Las Vegas, Nevada. February 26, 2025 Term.**

**Special Grand Jury 25-01**

| CASE NUMBER | | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|---|
| 2:26-cr- BB | | ~~SEALED~~ *not Sealed<br>1 DEFENDANT<br>Javon Smith | 18/922(g)(1) | FBI | WRIT WARRANT |
| | | | Wednesday, August 19, 2026 at 2:30 pm in 3B ✓ | | |
| 2:26-cr- JO | | STEPHEN DUBIN, M.D. | 18/1349<br>18/1347<br>18/2 | HHS | WARRANT |